[PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
AUG 10, 2010
JOHN LEY
CLERK

_____

No. 08-16162

_____

D. C. Docket No. 07-01823-CV-JSM-MAP

EARNEST WHITFIELD,

Petitioner-Appellant,

versus

SECRETARY, DEPARTMENT OF CORRECTIONS,
ATTORNEY GENERAL, STATE OF FLORIDA,

Respondents-Appellees.

_____

Appeal from the United States District Court
for the Middle District of Florida

_____

**(August 10, 2010)**

**ON REMAND FROM THE
SUPREME COURT OF THE UNTIED STATES**

Before DUBINA, Chief Judge, EDMONDSON and PRYOR, Circuit Judges.

PER CURIAM:

This case is before us on remand from the Supreme Court.  See Whitfield v. McNeil, _ _ _ S. Ct. _ _ _ _, 2010 WL 2471069.  We denied Petitioner's application for a Certificate of Appealability, relying on our decision in Holland v. Florida, 539 F.3d 1334 (11th Cir. 2008).  Then, the Supreme Court reversed our judgment in Holland, and remanded that case for further consideration.  Holland v. Florida, 130 S. Ct. 2549 (2010).  We therefore remand this case to the district court for fact finding and further proceedings -- including, if it is necessary, an evidentiary hearing -- consistent with the Supreme Court's opinion and judgment in Holland.

**REMANDED.**